# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

_____ Division

David T. Alston, Tyron,

*Plaintiff(s)*

(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Aramark Food Service
C/Officer Cedano
C/Officer Johnson, D.
Sgt. Porter

*Defendant(s)*

(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

Case No. 6:23-cv-691-CEM-GJK
*(to be filled in by the Clerk's Office)*

FILED 2023 APR 17 PM 3:28
CLERK, US DISTRICT COURT
MIDDLE DISTRICT FLORIDA
ORLANDO, FL

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: David Tyron Alston
All other names by which you have been known: David Tyron Alston
ID Number: #23080433
Current Institution: Orange County Corrections Depart.
Address: 3723 Vision Blvd.
Orlando, Florida, 32802
City / State / Zip Code

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: Aramark Food Service
Job or Title (if known): Culinary, Food Preparation Dep.
Shield Number: N/A
Employer: Orange County Corrections Dep.
Address: Orange County Corrections Dep.
Orlando, Florida, 32802
City / State / Zip Code
[✓] Individual capacity   [✓] Official capacity

Defendant No. 2
Name: Correction Officer, Cedano
Job or Title (if known): Correction Officer.
Shield Number: N/A
Employer: Orange County Corrections Dep.
Address: 3723 Vision Blvd. P.O. Box 4970
Orlando, Florida 32802
City / State / Zip Code
[✓] Individual capacity   [✓] Official capacity

Defendant No. 3
- Name: CORRECTION OFFICER Mr. JOHNSON
- Job or Title (if known): CORRECTION OFFICER
- Shield Number: N/A
- Employer: ORANGE COUNTY CORRECTIONS DEP.
- Address: 3723 Vision Blvd. P.O. Box 4970
  Orlando, Florida, 32802
  City / State / Zip Code

[x] Individual capacity   [x] Official capacity

Defendant No. 4
- Name: SGT. PORTER
- Job or Title (if known): SARGENT, ORANGE COUNTY CORR. DEP.
- Shield Number: N/A
- Employer: ORANGE COUNTY CORRECTIONS DEPARTMENT
- Address: 3723 Vision Blvd. P.O. Box 4970
  Orlando, Florida, 32802
  City / State / Zip Code

[x] Individual capacity   [x] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against (check all that apply):

[ ] Federal officials (a *Bivens* claim)

[x] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

1. Violation of my Constitutional Rights.
2. Violation of not providing me with my prescribed faith based kosher diet.
3. Violation of not upholding their responsibility as a food-server and c/officers of authority.

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials? N/A

D.  Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

1) SGT. PORTER - LACK OF RESPONSIBILITY TOWARDS IS NOT PROVIDING A GRIEVANCE TO ME.
2) OFFICER D. JOHNSON - VIOLATING MY RIGHT TO RECIEVE KOSHER DIET.
3) OFFICER CEDINO, CEDINO - IGNORING RESPONSIBILITY TO MAKE CONTACT TO ARAMARK.
4) DEFENDANT: ARAMARK - DID NOT UPHOLD THERE RESPONSIBILITY OF PROVIDING I, DAVID T. HISTON, WITH A KOSHER DIET PRESCRIBED BY MUSLIM CHAPLAIN. WHICH CAUSES MOMENTS OF HUNGER.

III. **Prisoner Status**

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐ Pretrial detainee

☐ Civilly committed detainee

☐ Immigration detainee

☑ Convicted and sentenced state prisoner

☐ Convicted and sentenced federal prisoner

☑ Other *(explain)* CURRENTLY IN THE COUNTY JAIL WAITING TO BE TRANSPORTED TO DEPARTMENT OF CORRECTIONS - PRISON.

IV. **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.  If the events giving rise to your claim arose outside an institution, describe where and when they arose.

N/A.

B.  If the events giving rise to your claim arose in an institution, describe where and when they arose.

ORANGE COUNTY CORRECTIONS DEPARTMENT
3723 VISIONS BLVD. P.O. BOX 4970,
ORLANDO, FLORIDA. 32802.

C. What date and approximate time did the events giving rise to your claim(s) occur?

3/23/023, (3/28/23 2:30 AM)    (3/30/23 - 2:28 AM)    (04/02/23)
3/25/023 - 9:32 AM. (3:00 AM)    (3/30/23 - 3:40 AM)    (04/05/23)
(3/28/23 - 6:15 PM) 10:15 PM (3/29/23 - 10:38 PM) (3/29/23 - 5:32 PM) (04/06/23 - 8 PM)
1:30 AM (3/30/23) - 12:42 PM (3/31/23) (4-1-23) - 7:38 PM (04/07/23)
(3/30/23 - 11:42) 9:38 PM 04/08/23 - 3:15 PM (04/09/23)

D. What are the facts underlying your claim(s)? (For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)

1. I went past scheduled meal times without eating, at times 20 hr period. Defendents listed are responsible.
2. No one was involved in my housing area but I, David Tyron Alston.
3. Character witnesses who saw how I was treated.

A. Aramark Food Service,    E. Muslim Imam Chaplain Bassim.
B. Chaplain Fletcher.
C. Sgt. Bruce.
D. → 'Officer Roberson. / Sgt. Porter. Corpral Ms. Taylor.

V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Became very stressfull, minor headachs, mentally drained.
Recieved minor colds - body became to weak to fight off infections and germ.
Placed several sick calls in to Medical.
I ordered Ibuprofen on indergent commissary to help with headach's - records will show.

VI. Relief
A) Aramark - Requesting Twenty Five Thousand.
B) 'Officer Cesario - Twenty Thousand.
C) 'Officer D. Johnson - Twenty Thousand.
D) Sgt. Postee - Twenty Thousand.

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

① Requesting $25,000, from Aramark for neglecting there responsibility of providing me, I, David Tyron Alston with prescribed kosher meal as scheduled. Requesting Money damages for suffering, and pains, for allowing me to go 20 hrs or more without eating. For not respecting me as a Muslim, and presenting regular population diets with other inmates names on it. Forcing me thrue hunger to eat what I was not supposed to eat.

② 'Officer Cedario, Requesting $15,000, for not taking his position as a 'officer serious when dealing with my request to contact corpals, sargents; Aramark. Always making excuses to help me recieve proper diet, (kosher).

③ 'Officer D. Johnson - Requesting $15,000 (thousand) for preventing me to recieve kosher diet.

④ Sgt. Porter - Requesting $20,000, thousand, for not taking his responsibility serious when helping me, David Tyron recieve my kosher.

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes  *I EXHAUSTED ALL REMEDIES, SPOKE WITH C/OFFICERS, CORPAL, SARGENTS, CHAPLAINS; - HAVE BEEN WAITING FOR A RESPONSE BACK FOR FILLING A GRIEVANCE.*
☐ No   *NO ONE HAS SENT A RESPONSE BACK.*

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

*3723 Vision Blvd. P.O. Box 4970*
*Orlando, Florida. 32802.*
*ORANGE COUNTY CORRECTIONS DEPARTMENT.*

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes
☐ No
☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes
☐ No
☑ Do not know

If yes, which claim(s)?

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

[✓] Yes

[ ] No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

[ ] Yes

[✓] No    N/A.

E. If you did file a grievance:

1. Where did you file the grievance?
   3723 Vision Blvd.
   P.O. Box 4970. Orlando, Florida. 32802.
   Orange County Corrections Department.

2. What did you claim in your grievance? Orange County Corrections. That I had not recieved any Kosher Tray at scheduled times. I was presented with regular trays with other inmates names on them. I recieved meals at odd times of the day. I explained to officers, I was not recieving my proper meal.

3. What was the result, if any? There is not a result being handled. I continue to miss meals, Kosher trays. I made a claim on a grievance.

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*
   I placed a grievance in, waiting for a response. I did have a copy printed. Which is apart of my lawsuit.

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

"I Filed A Grievance", But There Has Been No Response.

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

I informed Corpal Porter, He denied, Refused, stating He would Take Care of it. Corpal Taylor, Refused Providing Me with Grievance. I Had Trouble Recieving A Grievance.

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

I Have Followed All Chain of Command To Resolve This Issue. The Names Are Provided With I Confronted For Help.

(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

N/A.

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☒ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) ___N/A___
   Defendant(s) ___N/A___

2. Court *(if federal court, name the district; if state court, name the county and State)*
   ___N/A___

3. Docket or index number
   ___N/A___

4. Name of Judge assigned to your case
   ___N/A___

5. Approximate date of filing lawsuit
   ___N/A___

6. Is the case still pending? N/A
   ☐ Yes
   ☒ No

   If no, give the approximate date of disposition. ___N/A___

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   ___N/A___

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment? No.

☐ Yes

☒ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

    Plaintiff(s) _N/A_

    Defendant(s) _N/A_

2. Court *(if federal court, name the district; if state court, name the county and State)*

    _N/A_

3. Docket or index number

    _N/A_

4. Name of Judge assigned to your case

    _N/A_

5. Approximate date of filing lawsuit

    _N/A_

6. Is the case still pending? _N/A_

    ☐ Yes

    ☒ No

    If no, give the approximate date of disposition _N/A_

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

    _N/A_

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 04/12/023

Signature of Plaintiff: *David Tyron Alston*
Printed Name of Plaintiff: DAVID TYRON ALSTON
Prison Identification #: # 23006433
Prison Address: ORANGE COUNTY DEPARTMENT OF CORRECTIONS
ORLANDO, Florida 32802
City / State / Zip Code

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Address: _____
_____
City / State / Zip Code
Telephone Number: _____
E-mail Address: _____