UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**DAVID TYRON ALSTON,**

        **Plaintiff,**

**v.**　　　　　　　　　　　　　　　　　**Case No.  6:23-cv-691-CEM-EJK**

**ARAMARK FOOD SERVICES,
OFFICER CEDANO, OFFICER
JOHNSON, and SGT PORTER,**

        **Defendants.**
_____/

### ORDER

THIS CAUSE is before the Court on Plaintiff's document titled "Motion: Form for Filing Fee for Civil Actions" ("Motion," Doc. 13), in which Plaintiff acknowledges the Court's Order (Doc. 7) granting his Motion to Proceed *In Forma Pauperis (Doc. 2)*. To the extent this document may be construed to request further leave to proceed *in forma pauperis*, the Motion (Doc. 13) is **DENIED as moot**.

Additionally, upon review of the case file, the Court notes that the Complaint (Doc. 1) was dismissed without prejudice by Endorsed Order (Doc. 12) on June 14, 2023. Plaintiff was ordered to file an amended complaint on or before June 28, 2023, if he desired to proceed with his claims in this action. He was cautioned that his

failure to timely comply with the Order would result in dismissal of this action for failure to state a claim without further notice. (*See* Doc. 12 at 4).

The Order was mailed to Plaintiff's address on file and was not returned undeliverable. Nonetheless, Plaintiff did not amend his complaint and the deadline has passed.

Accordingly, due to Plaintiff's lack of prosecution in this matter and for the reasons stated in the June 14, 2023, Order (Doc. 12), it is **ORDERED** that this case is **DISMISSED without prejudice** under 28 U.S.C § 1915A(b) for failure to state a claim upon which relief may be granted. The clerk must **CLOSE** this case.

**DONE** and **ORDERED** in Orlando, Florida on July 10, 2023.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Unrepresented Party